IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 17-3521 |

## ORDER

**AND NOW**, this 8th day of March 2018, upon consideration of Defendant The Goodyear Tire and Rubber Company's Notice of Removal (Doc. No. 1); Plaintiffs' Motion to Remand (Doc. No. 8); Defendant The Goodyear Tire and Rubber Company's Response in Opposition (Doc. No. 10); Plaintiffs' Reply (Doc. No. 12); Defendant The Goodyear Tire and Rubber Company's Sur-Reply (Doc. No. 15); the arguments of counsel at the November 13, 2017 hearing; the supplemental briefs filed by the parties (Doc. Nos. 24, 25, 26); and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Plaintiffs' Motion to Remand (Doc. No. 8) is **DENIED**. It is **FURTHER ORDERED** that the following Defendants are **DISMISSED WITH PREJUDICE**:

1. Goodyear Tire & Rubber Company, a Pennsylvania corporation;

2. Goodyear Tire & Rubber Company, a Pennsylvania corporation d/b/a The Goodyear Tire and Rubber Company;

3. Goodyear Tire & Rubber Company, a Pennsylvania corporation d/b/a Goodwear Tire and Rubber Company;

4. Goodwear Tire and Rubber Company;

5. Goodwear Tire and Rubber Company d/b/a The Goodyear Tire and Rubber Company;

6. Goodwear Tire and Rubber Company d/b/a Goodyear Tire & Rubber Company, a Pennsylvania corporation;

7. The Goodyear Tire and Rubber Company d/b/a Goodyear Tire & Rubber Company, a Pennsylvania corporation; and

8. The Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company.

It is **FURTHER ORDERED** that The Goodyear Tire and Rubber Company is the only Defendant remaining in this action.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.